FOURTH DEPARTMENT, FEBRUARY, 2009

(February 6, 2009)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY JACKSON, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [872 NYS2d 687]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered November 29, 2007 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO BUTCHER, Appellant. [872 NYS2d 346]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered July 9, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.